USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1708 UNITED STATES, Appellee, v. JEAN-BAPTISTE CALIXCE, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, U.S. District Judge] [Hon. James R. Muirhead, U.S. Magistrate Judge]  Before  Lynch, Circuit Judge, Bownes, Senior Circuit Judge, and Lipez, Circuit Judge.   Scott A. Lutes on brief for appellant. Paul M. Gagnon, United States Attorney, and Jennifer E. Cole,Assistant U.S. Attorney, on Government's Motion for SummaryDisposition.April 2, 1999  Per Curiam. Jean Baptiste-Calixce challenges his conviction on the ground that the district court erred in denying his pre-trial motion to suppress evidence allegedly obtained in violation of his Fourth Amendment rights. The government has moved for summary affirmance. We grant the government's motion substantially for the reasons stated by the district court in its Order dated February 10, 1998.